UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

BK No. 1-23-11203-CLB

In Re:

LEON INDUSTRIES LLC
d/b/a US GLOVE SUPPLY

Proceedings Under Chapter 11
of the U.S. Bankruptcy Code

                  **Debtor.**

## CERTIFICATE OF SERVICE

       I, Arthur G. Baumeister, Jr., residing in Clarence, New York, hereby certify under penalties of perjury:

       That I am, and at all times hereinafter mentioned was, more than 18 years of age;

       That on the 11th day of January, 2024, I caused to be served a copy of Schedules, Statements, Lists, etc. not previously filed on Joseph W. Allen, II, Esq., Office of the U.S. Trustee, Olympic Towers, 300 Pearl Street, Suite 401, Buffalo, New York 14202 by placing a copy thereof in an official depository maintained by the U.S. Postal Service, by First Class Mail at Franklin and Mohawk Street.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2024

                                            /s/ Arthur G. Baumeister, Jr.
                                            ARTHUR G. BAUMEISTER, JR.