UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

LEON INDUSTRIES LLC
d/b/a US GLOVE SUPPLY

              **Debtor.**

BK No. 1-23-11203-CLB

Proceedings Under Chapter 11
of the U.S. Bankruptcy Code

# CERTIFICATE OF SERVICE

        I, Arthur G. Baumeister, Jr., residing in Clarence, New York, hereby certify under penalties of perjury:

        That I am, and at all times hereinafter mentioned was, more than 18 years of age;

        That on the 11th day of January, 2024, I caused to be served a copy of Schedule E/F setting forth the added creditors, the Amended List of Creditors containing the 20 largest unsecured claims, Cover Sheets and the Notice of Chapter 11 Case (341 Meeting Notice) on all parties on the attached matrix by placing a copy thereof in an official depository maintained by the U.S. Postal Service, by First Class Mail at Franklin and Mohawk Street.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2024

                                                  /s/ Arthur G. Baumeister, Jr.
                                                  **ARTHUR G. BAUMEISTER, JR.**

```
Label Matrix for local noticing          Leon Industries LLC                      M&T Bank
0209-1                                   1 Linden Place, Suite 303                Hodgson Russ LLP
Case 1-23-11203-CLB                      Great Neck, NY 11021-2640                140 Pearl Street
Western District of New York                                                      Buffalo, NY 14202-4040
Buffalo
Thu Jan 11 10:27:49 EST 2024

MLP Plumbing & Mechanical, Inc.          U.S. Bankruptcy Court                    Artpoin Industries
c/o Rupp Pfalzgraf LLC                   Robert H. Jackson U.S. Courthouse        No. 59 Jalan Kuchai Lama
Attn: Daniel E. Sarzynski, Esq.          2 Niagara Square                         Taman Lian Hoe
1600 Liberty Building                    Buffalo, NY 14202-3350                   58200 Kuala Lumpur
1600 Liberty Building                                                             MALAYSIA
Buffalo, NY 14202 United States

(p)JPMORGAN CHASE BANK  N A              Citibank (South Dakota)                  Goodwin Electric
BANKRUPTCY MAIL INTAKE TEAM              Client Services, Inc.                    201 South Youngs Road
700 KANSAS LANE FLOOR 01                 P.O. Box 6074                            Williamsville, NY 14221-7035
MONROE LA 71203-4774                     Sioux Falls, SD 57117-6074


(p)INTERNAL REVENUE SERVICE              Internal Revenue Service                 Lackawanna Realty, LLC
CENTRALIZED INSOLVENCY OPERATIONS        P.O. Box 7346                            c/o Thomas D. Lyons, Esq.
PO BOX 7346                              Philadelphia, PA  19101-7346             Duke Holzman Photiadis & Gresens LLP
PHILADELPHIA PA 19101-7346                                                        701 Seneca Street, Suite 750
                                                                                  Buffalo, NY 14210-1377


Lackawanna Realty, LLC                   Long & Paulo-Lee, PLLC                   Lumsden & McCormick LP
d/b/a GK Commerce, LLC                   1967 Wehrle Drive, Suite 9               369 Franklin Street
4 Centre Drive                           Williamsville, NY 14221-8452             Buffalo, NY 14202-1702
Orchard Park, NY 14127-4117


(p)M&T BANK                              MLP Plumbing                             Scott Electric
LEGAL DOCUMENT PROCESSING                3198 Union Road, Suite 300               1225 South Main Street, Suite 405
626 COMMERCE DRIVE                       Cheektowaga, NY 14227-1078               Greensburg, PA 15601-5370
AMHERST NY 14228-2307


Secretary of the Treasury                U.S. Attorney                            U.S. Securities and Exchange Commission
1500 Pennsylvania Avenue, NW             Federal Centre                           New York Regional Office
Washington, DC 20220-0001                138 Delaware Avenue                      100 Pearl St., Ste 20-100
                                         Buffalo, NY 14202-2404                   New York, NY 10004-6003


Arthur G Baumeister Jr                   Joseph W. Allen
Baumeister Denz LLP                      Office of the U.S. Trustee
174 Franklin St, Suite 2                 Olympic Towers
Buffalo, NY 14202-2407                   300 Pearl Street, Suite 401
                                         Buffalo, NY 14202-2523



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Bank                               Internal Revenue Service                 M&T Bank
Cardmember Services                      Insolvency Group I, Niagara Center       45 Eisenhower Drive, 4th Floor
P.O. Box 15298                           2nd Floor                                Paramus, NJ 07652
Wilmington, DE 19850-5298                130 S. Elmwood Avenue
                                         Buffalo, NY 14202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lackawanna Realty, LLC d/b/a GK Commerce,   (u)Jacomo Hakim   (du)Jacomo Hakim

End of Label Matrix
Mailable recipients    22
Bypassed recipients     3
Total                  25